UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
BAUZA EXPORT LTDA.,

      Plaintiff,

 - against -

M/V CAP ORTEGAL, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; DANMAR LINES
LTD., DHL GLOBAL FORWARDING, DANZAS
CORPORATION and COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA, S.A. *in
personam*,

      Defendants.
------------------------------------------------------------X



**FRCP RULE 7.1
DISCLOSURE STATEMENT**

 NOW comes plaintiff, MUND & FESTER GMBH & CO.KG and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

 MUND & FESTER GMBH & CO.KG is not a publicly traded company. BAUZA EXPORT LTDA. is not a publicly traded company.

Dated: New York, New York
   May 16, 2008
   260-71

         CASEY & BARNETT, LLC
         Attorneys for Plaintiff

      By: _/s/ Gregory Barnett_
         Gregory G. Barnett (GGB-3751)
         317 Madison Avenue, 21st Floor
         New York, New York 10017
         (212) 286-0225