UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
BAUZA EXPORT LTDA.,

                Plaintiff,                  2008 Civ. 4574 (MGC)

   - against -

                                                    **RETURN OF SERVICE**

M/V CAP ORTEGAL, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; DANMAR LINES
LTD., DHL GLOBAL FORWARDING, DANZAS
CORPORATION and COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA, S.A. *in
personam*,

               Defendants.
------------------------------------------------------------------X

     Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by Edward Abraham declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Defendant Danmar Lines on May 20, 2008.

Dated: New York, New York
        June 9, 2008
        260-71

                                            CASEY & BARNETT, LLC
                                            Attorneys for Plaintiff

                         By:   _____
                                   Gregory G. Barnett (GGB-3751)
                                   317 Madison Avenue, 21st Floor
                                   New York, New York 10017
                                   (212) 286-0225

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT** | |
| EFFECTED (1) BY ME: **EDWARD ABRAHAM** | |
| TITLE: **PROCESS SERVER** | DATE: **05/20/2008  10:20AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DANMAR LINES

Place where served:

33 WASHINGTON STREET  16TH FLOOR NEWARK NJ 07102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PAULA SONEY

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__  AGE: 51-65__  HEIGHT: 5'0"-5'3"__  WEIGHT: 131-160 LBS.__  SKIN: WHITE__  HAIR: BLONDE__  OTHER: __

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__     SERVICES $ ____.__     TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE 05 / 20 / 20 08       _(signature)_ L.S.
SIGNATURE OF EDWARD ABRAHAM
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05.20.08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:  CHRISTOPHER R. MARTIN
PLAINTIFF:  MUND & FESTER GMBH & CO. KG A/S/O BAUZA EXPORT LTDA.
DEFENDANT:  MV CAP ORTEGAL, ET ALS
VENUE:     DISTRICT
DOCKET:    08 CV 4574

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ