UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
BAUZA EXPORT LTDA.,

                    Plaintiff,              2008 Civ. 4574 (MGC)

   - against -

                                          **RETURN OF SERVICE**

M/V CAP ORTEGAL, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; DANMAR LINES
LTD., DHL GLOBAL FORWARDING, DANZAS
CORPORATION and COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA, S.A. *in
personam*,

                    Defendants.
------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by Marian Zwierzynski declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Defendant Compania Chilena De Navegacion Interoceanica, S.A. on May 20, 2008.

Dated: New York, New York
       June 9, 2008
       260-71

                                                   CASEY & BARNETT, LLC
                                                   Attorneys for Plaintiff

                                By: _____
                                      Gregory G. Barnett (GGB-3751)
                                      317 Madison Avenue, 21st Floor
                                      New York, New York 10017
                                      (212) 286-0225

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT<br>EFFECTED (1) BY ME: MARIAN ZWIERZYNSKI<br>TITLE: PROCESS SERVER | DATE: 05/20/2008  10:20AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

CCNI

Place where served:

1 CRAGWOOD ROAD   SOUTH PLAINFIELD NJ 07080

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

GONZALO MACDONADO

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/20/20 08         _____ L.S.
SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

LINDA GRUMBLE 05/20/2008
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

ATTORNEY: CHRISTOPHER R. MARTIN
PLAINTIFF: MUND & FESTER GMBH & CO. KG A/S/O BAUZA EXPORT LTDA.
DEFENDANT: MV CAP ORTEGAL, ET ALS
VENUE: DISTRICT
DOCKET: 08 CV 4574

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ