**DUANE MORRIS LLP**
a Delaware Limited Liability Partnership
By:    James W. Carbin (JC-5004)
       Alissa M. Ryder (AR-7405
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Defendant
Danzas Corporation d/b/a Danmar Lines, Ltd.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MUND & FESTER GMBH & CO.KG a/s/o BAUZA
EXPORT LTDA.,                                            Civil Action No. 08 CV 4574 (MGC )

                    Plaintiffs,

                                                         **STIPULATION AND ORDER**

            -against-

M/V CAP ORTEGAL, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; DANMAR LINES LTD.,
DHL GLOBAL FORWARDING, DANZAS
CORPORATION and COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA, S.A. *in personam*.

                    Defendants.

            IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for Defendants DANMAR LINES LTD., DHL GLOBAL FORWARDING

and DANZAS CORPORATION to move, answer, or otherwise respond to the Complaint be and

hereby is adjourned until July 15, 2008. No such extension of time has been previously filed or

granted.

Dated: New York, New York
       June 9, 2008

**CASEY & BARNETT, LLC**

_____
Gregory G. Barnett (CGB-3751)
317 Madison Avenue
21st Floor
New York, New York  10017
(212) 286-0225

*Attorneys for Plaintiff*

**DUANE MORRIS LLP**

_____
Alissa M. Ryder (AR-7405)
James W. Carbin (JC-5004)
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
*Attorneys for Danmar Lines, Ltd., DHL Global
Forwarding and Danzas Corporation.*

DM1\1345870.1

So ordered,

S|  United States District Judge
    June 12, 2008