**DUANE MORRIS LLP**
a Delaware Limited Liability Partnership
By:   James W. Carbin (JC-5004)
      Alissa M. Ryder (AR-7405)
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Defendants Danmar Lines Ltd,
DHL Global Forwarding and Danzas Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUND & FESTER GMBH & CO.KG a/s/o BAUZA EXPORT LTDA., <br><br>         Plaintiffs, <br><br>    -against- <br><br>M/V CAP ORTEGAL, her engines, boilers, tackle, furniture, apparel, etc. *in rem*; DANMAR LINES LTD., DHL GLOBAL FORWARDING, DANZAS CORPORATION and COMPANIA CHILENA DE NAVEGACION INTEROCEANICA, S.A. *in personam*. <br><br>         Defendants. | Civil Action No. 08 CV 4574 (MGC) <br><br> **RULE 7.1 STATEMENT OF DEFENDANTS DANMAR LINES LTD., DHL GLOBAL FORWARDING, & DANZAS CORPORATION** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants DANZAS CORPORATION d/b/a DANMAR LINES, LTD. ("Danmar"), improperly pled as "Danmar Lines, Ltd." and "Danzas Corporation", and Defendant DHL GLOBAL FORWARDING ("DHL") (collectively "Defendants")certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held and/or owns 10% or more of the said party's stock:

**Deutsche Post AG**

DM1\1363491.1

        Respectfully submitted,


        /s/ James W. Carbin
        James W. Carbin (JC-5004)
        **DUANE MORRIS LLP**
        A Delaware Limited Liability Partnership
        744 Broad Street, Suite 1200
        Newark, NJ 07102
        973.424.2000
        Attorneys for Defendant
        Danmar Lines, Ltd, DHL Global
        Forwarding and Danzas Corporation

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants DANMAR LINES LTD., DHL GLOBAL FORWARDING and DANZAS CORPORATION certifies that on July 15, 2008 a true and correct copy of DANMAR LINES LTD., DHL GLOBAL FORWARDING and DANZAS CORPORATION'S RULE 7.1 STATEMENT was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: July 15, 2008

/s/ Alissa M. Ryder
Alissa M. Ryder

DM1\1363491.1