**DUANE MORRIS LLP**
a Delaware Limited Liability Partnership
By:     James W. Carbin (JC-5004)
        Alissa M. Ryder (AR-7405)
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Defendants Danmar Lines Ltd,
DHL Global Forwarding and Danzas Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUND & FESTER GMBH & CO.KG a/s/o BAUZA EXPORT LTDA., <br><br>　　　　　Plaintiffs, <br><br>　　-against- <br><br>M/V CAP ORTEGAL, her engines, boilers, tackle, furniture, apparel, etc. *in rem*; DANMAR LINES LTD., DHL GLOBAL FORWARDING, DANZAS CORPORATION and COMPANIA CHILENA DE NAVEGACION INTEROCEANICA, S.A. *in personam*. <br><br>　　　　　Defendants. | Civil Action No. 08 CV 4574 (MGC) <br><br>**NOTICE OF APPEARANCE** |

　　　　**PLEASE TAKE NOTICE**   that the undersigned attorney is appearing on behalf of Defendants Danmar Lines Ltd, DHL Global Forwarding and Danzas Corp.

　　　　**PLEASE TAKE FURTHER NOTICE THAT**  Duane Morris, LLP, counsel for Danmar Lines Ltd, DHL Global Forwarding and Danzas Corp., demands that service of all papers in this action be made upon it at the address set forth below:

Alissa M. Ryder, Esquire
Duane Morris, LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone: (973) 424-2000
Facsimile: (973) 424-2001
E-mail: amryder@duanemorris.com

I certify that I am admitted to practice in this Court.

DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Attorneys for Defendants
Danmar Lines Ltd, DHL Global Forwarding
and Danzas Corp

By:   /s/ Alissa M. Ryder
Alissa M. Ryder, Esq.
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Phone: 973.424.2000
Facsimile: 973.424.2001

Dated: July 15, 2008