LYONS & FLOOD, LLP
65 W 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
COMPANIA CHILENA DE NAVEGACION
INTEROCEANICA S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MUND & FESTER GMBH & CO. KG a/s/o
BAUZA EXPORT LTDA,

                Plaintiff,

- against -

M/V CAP ORTEGAL, her engines, boilers, tackle,
furniture, apparel, etc. *in rem*; DANMAR LINES
LTD., DHL GLOBAL FORWARDING, DANZAS
CORPORATION and COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA, S.A. *in
personam*,

                Defendants.
----------------------------------------------------------------x

ECF CASE

08 Civ. 4574 (MGC)

**RULE 7.1
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant COMPANIA CHILENA DE NAVEGACION INTEROCEANICA S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which is otherwise publicly held in the United States.

Dated: New York, New York
       August 22, 2008

                        LYONS & FLOOD, LLP
                        Attorneys for Defendant
                        COMPANIA CHILENA DE NAVEGACION
                        INTEROCEANICA S.A.

By: *[signature: Edward P. Flood]*
                        Edward P. Flood (EPF-5797)
                        Lyons & Flood, LLP
                        65 W 36th Street, 7th Floor
                        New York, New York 10018
                        (212) 594-2400

U:\FLOODDOC\2541008\Pleadings\Rule 7.1.doc